**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01654-CV

### JOHN STILLWELL, Appellant

### V.

### HALFF ASSOCIATES, INC., ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01050**

## ORDER

We **GRANT** appellant's May 9, 2013 second motion for an extension of time to file a brief.  Appellant's brief is due May 14, 2013.


/s/      DAVID LEWIS
JUSTICE